**WINDHAM, ADJOURNED SUPERIOR COURT, DECEMBER, A. D. 1783.**

COUNTY TREASURER V. BISSEL.

In a bond for prosecution, the imprisonment of the principal will not exonerate the bail.

SCIRE FACIAS on a bond for prosecution, given by said Bissel upon praying out a writ, in which one Robbin a negro man

was plaintiff; setting forth in the *scire facias*, the judgment and execution recovered against said Robbin for cost; and also a commitment of said Robbin to gaol on said execution, and that he had taken the poor prisoner's oath, and gone out.

To this declaration a demurrer was given, and the judgment of the court was — That the declaration is sufficient, for the bond given for prosecution at the praying out of a writ, is to secure to the defendant his cost, and nothing but actual payment of the cost will exonerate the bondsman.